UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA RISLEY,<br><br>    Plaintiff,<br><br>v.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS et al.,<br><br>    Defendants. | Case No. 5:25-cv-02249-SB-MAA<br><br>FINAL JUDGMENT |

    For the reasons stated in the separate order granting Defendants' motion for summary judgment filed this day, it is ordered and adjudged that Plaintiff's claims are dismissed on the merits with prejudice.

    This is a final judgment.

Date: March 10, 2026

                                    Stanley Blumenfeld, Jr.
                                    United States District Judge